No. 95–6125. BURTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–6126. BUSTOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6128. THOMPSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6133. ROBINSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6136. MCMILLAN ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6137. BRIEN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–6138. HOLMES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6142. KENNEDY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6143. MARES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–6144. BURCHARD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6147. GASTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6148. GESMUNDO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6150. GIBBS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6151. GEORGE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6152. FRANCO-LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6161. BRAZIEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.